UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CORNELIUS H. JACKSON, | Case No. 11-CV-0039 (PJS/JSM) |
| Petitioner, | |
| v. | ORDER |
| JESSICA SYMMES, Warden, | |
| Respondent. | |

Beau D. McGraw, MCGRAW LAW FIRM, PA, for petitioner.

Lee W. Barry, III, HENNEPIN COUNTY ATTORNEY'S OFFICE, for respondent.

This matter is before the Court on petitioner Cornelius Jackson's objection to the October 26, 2012 Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron. Judge Mayeron recommends that Jackson's 28 U.S.C. § 2254 habeas petition be denied and that no certificate of appealability issue. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court agrees with Judge Mayeron's very careful and thorough analysis and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES petitioner's objection [ECF No. 15] and ADOPTS the October 26, 2012 R&R [Docket No. 9]. IT IS HEREBY ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1] is DENIED.

      2.      No certificate of appealability will issue.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2013                        s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge